1

**GRAIF BARRETT & MATURA, P.C.**
Kevin C. Barrett, Bar #020104

2

Amanda J. Taylor, #024006
1850 North Central Avenue, Suite 500

3

Phoenix, Arizona 85004
Tel: (602) 792-5700

4

Fax: (602) 792-5710
Email Addresses: kbarrett@gbmlawpc.com

5

                              ataylor@gbmlawpc.com

6

*Attorneys for Owners Insurance Company*

7

8

### UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

9

10

Patricia A. Groth, an individual,

NO.

11

                                        Plaintiff,

**NOTICE OF REMOVAL**

12

v.

13

Owners Insurance Company, a Michigan
corporation,

14

15

                                        Defendant.

16

17

        Defendant Owners Insurance Company ("Owners"), by and through counsel

18

undersigned, submits this Notice of Removal pursuant to 28 U.S.C. § 1446(a), and

19

provides the following as grounds for removal.

20

        1.      This matter was commenced in the Maricopa County Superior Court, State

21

of Arizona on August 8, 2012, with service upon Owners completed on August 10, 2012

22

through the Arizona Department of Insurance.

23

        2.      The Complaint, Summons, Certificate of Arbitration and Affidavit of

24

Service constitute all process and proceedings filed in the case, copies of which are

25

attached hereto at Exhibit A.[1]

26

        3.      Defendant Owners is a foreign corporation incorporated in the State of Ohio

27

and with its principle place of business in the State of Michigan.

28

---

        [1] Owners does not have a copy of the Affidavit of Service filed in this case.

4.      This matter arises from alleged property damage to Plaintiff's home resulting from alleged faulty workmanship of SunMeadow Homes, Inc., an Arizona corporation.  According to Plaintiff's Complaint, Patricia A. Groth is a resident of Mohave County, Arizona.

5.      This action is one over which the United States District Courts have jurisdiction pursuant to 28 USC § 1332, by reason of the diversity of the citizenship of the parties.

6.      Defendant Owners has not pled, answered, or otherwise appeared in the action.

7.      Defendant Owners has filed this Notice within 30 days after receipt of the initial pleading setting forth the claim for relief upon which the action is based, and within one year after the commencement of the action. Removal is therefore timely pursuant to 28 U.S.C. § 1446(b).

8.      According to Plaintiffs' Complaint, the amount in controversy exceeds $200,000, well above the requisite $75,000. *See* Exh. A., p.3, para. 15.

Wherefore, Defendant respectfully requests that the above-captioned matter be removed from the Arizona Superior Court in and for Maricopa County to the United States District Court, District of Arizona.

DATED this 30th day of August, 2012.

GRAIF BARRETT & MATURA, P.C.


By  _/s/ Kevin C. Barrett_____
Kevin C. Barrett
Amanda J. Taylor
1850 North Central Avenue, Suite 500
Phoenix, Arizona  85004
*Attorneys for Owners Insurance Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 30, 2012,  I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF system for filing and transmittal of Notice of Electronic filing to the following CM/ECR registrants:

Michael J. Raymond
Raymond, Greer & Sassaman, P.C.
3636 N. Central Avenue, Suite 1070
Phoenix, AZ 85012-1940
*Attorneys for Plaintiff*


/s/Lynette Lohsandt

4816-6521-6016, v.  1